# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAYNE G. SAMET,<br>    Plaintiff(s),<br>v.<br>BAYVIEW LOAN SERVICING, LLC, et al.,<br>    Defendant(s). | Case No.: 2:18-cv-00906-GMN-NJK<br><br>**Order** |

On June 25, 2018, Plaintiff and Defendant Experian filed a proposed discovery plan and a stipulated protective order. Docket Nos. 11, 12. Later that same day, Defendant Bayview appeared in this case. Docket No. 13. The proposed discovery plan and stipulated protective order are both **DENIED** without prejudice so that they can be refiled with input from Bayview.

IT IS SO ORDERED.

Dated: June 26, 2018

                                                        Nancy J. Koppe
                                                      United States Magistrate Judge