David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JAYNE G. SAMET*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAYNE G. SAMET,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendants. | Case No. 2:18-cv-00906-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EXPERIAN ONLY</u>** |

Plaintiff JAYNE G. SAMET and Defendant EXPERIAN INFORMATION SOLUTIONS, INC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and

…

…

…

…

…

**ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: August 9, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Jennifer L. Braster, Esq. |
| David H. Krieger, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 9982 |
| HAINES & KRIEGER, LLC | NAYLOR & BRASTER |
| 8985 S. Eastern Avenue | 1050 Indigo Drive |
| Suite 350 | Suite 200 |
| Henderson, Nevada 89123 | Las Vegas, NV 89145 |
| *Attorney for Plaintiff* | *Attorney for Defendant Experian* |

## ORDER

IT IS SO ORDERED

Dated this __13__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT