# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAYNE G. SAMET,

    Plaintiff(s),

v.

BAYVIEW LOAN SERVICING, LLC, et al.,

    Defendant(s).

Case No.: 2:18-cv-00906-GMN-NJK

**ORDER**

In light of the notice of settlement filed on September 12, 2018, Docket No. 27, Dismissal papers regarding Bayview shall be filed by January 25, 2019.

IT IS SO ORDERED.

Dated: January 14, 2019

_____
Nancy J. Koppe
United States Magistrate Judge