DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAYNE G. SAMET,<br><br>    Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | Case No. 2:18-cv-00906-GMN-NJK<br><br>**STATUS REPORT**<br><br>**AND**<br><br>**MOTION FOR ADDITIONAL TIME TO RESPOND TO COURT'S ORDER, ECF NO. 30** |

Bayview Loan Servicing, LLC submits the following status report, and requests additional time to respond to this court's order requiring dismissal papers regarding Bayview to be filed by January 25, 2019, ECF No. 30.

Plaintiff Jayne G. Samet and Bayview agreed to material terms for settlement of this matter on September 12, 2018, at which time Ms. Samet filed a notice of settlement.[1] ECF No. 27. On September 20, 2018, Bayview learned of actions taken by Ms. Samet in a recently filed foreclosure mediation petition, case no. A-18-783087-FM in the Eighth Judicial District Court, District of Nevada (**foreclosure mediation case**), that are inconsistent with both the admissions she made in her prior bankruptcy case and the terms of settlement between Ms. Samet and Bayview in this case.

---

[1] The material terms of the settlement are confidential. Bayview may disclose the terms of the settlement under seal to the extent the court wishes to know the terms of the settlement.

47625030;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Since September 20, 2018, Bayview has sought clarification from Ms. Samet on multiple occasions as to how she wishes to proceed as a result.

On January 14, 2019, this court entered its order requiring dismissal paperwork to be filed by January 25, 2019. ECF No. 30. On January 16, 2018, Ms. Samet offered to dismiss this lawsuit, without complying with the terms of the settlement between the parties.

Bayview's attorneys have forwarded this proposal to Bayview and Bayview's attorneys for the foreclosure mediation case. Bayview and its attorneys in both actions have not yet had a chance to fully assess how to proceed in light of the settlement/prior bankruptcy and Ms. Samet's inconsistent actions in the foreclosure mediation case. Accordingly, Bayview requests additional time, up to and including 45 days or until March 11, 2019,[2] for the parties to file dismissal paperwork or otherwise seek court involvement concerning this case.

DATED this 25th day of January, 2019.

**AKERMAN LLP**

*/s/ Natalie L. Winslow*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
*Attorneys for Bayview Loan Servicing, LLC*

IT IS SO ORDERED.
Dated: January 28, 2019
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] The foreclosure mediation is currently set for March 5, 2019.

2

47625030;1