# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAYNE G. SAMET,

    Plaintiff(s),

v.

BAYVIEW LOAN SERVICING, LLC, et al.,

    Defendant(s).

Case No.: 2:18-cv-00906-GMN-NJK

**ORDER**

[Docket No. 38]

Pending before the Court is Defendant Bayview's motion to extend, Docket No. 38, which is hereby **GRANTED**. To the extent the claims against Bayview remain pending,[1] a joint status report shall be filed by April 19, 2019.

IT IS SO ORDERED.

Dated: March 12, 2019

                                        Nancy J. Koppe
                                        United States Magistrate Judge

---

[1] Plaintiff has now filed a motion to dismiss Bayview, Docket No. 36, which remains pending.

1