DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Bayview Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAYNE G. SAMET,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-00906-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO ENFORCE SETTLEMENT AND MOTION FOR SANCTIONS**<br><br>**(FIRST REQUEST)** |

Bayview Loan Servicing, LLC (**Bayview**), and Jayne G. Samet (**Samet**), hereby stipulate and agree that Samet shall have an additional seven (7) days, up to and including **April 15, 2019**, to file her response to Bayview's motion to enforce settlement and motion for sanctions (the **motion**), which is currently due on April 8, 2019, pursuant to ECF Nos. 42 and 43. Due to an inadvertent oversight, Plaintiff was not served with a copy of the sealed documents filed in connection with Bayview's response to Plaintiff's Motion to Dismiss, nor Bayview's Motions to Enforce Settlement and for Sanctions. This oversight was only brought to Plaintiff's attention after Plaintiff filed a response to the Motion to Dismiss. The seven-day extension prevents any prejudice to Plaintiff in responding to these Motions. Bayview's motion was filed on March 25, 2019.

{42766695;1}
48498679;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 4th day of April, 2019.

| **AKERMAN LLP** | **KNEPPER & CLARK LLC** |
|---|---|
| /s/Natalie L. Winslow_____ | /s/*Miles N. Clark*_____ |
| DARREN T. BRENNER, ESQ. | MATTHEW I. KNEPPER, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 12796 |
| NATALIE L. WINSLOW, ESQ. | MILES N. CLARK, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 13848 |
| 1635 Village Center Circle, Suite 200 | 10040 W. Cheyenne Avenue, Suite 170-109 |
| Las Vegas, NV 89134 | Las Vegas, Nevada 89129 |
| *Attorneys for Bayview Loan Servicing, LLC* | DAVID H. KRIEGER, ESQ. |
|  | Nevada Bar No. 9086 |
|  | 8985 S. Eastern Avenue, Suite 350 |
|  | Henderson, NV 89123 |
|  | *Attorneys for Jayne G. Samet* |

**ORDER**

**IT IS SO ORDERED:**

DATED this\_\_10\_\_day of April, 2019.  _____

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

48498679;1