# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAYNE G. SAMET,<br>　　　Plaintiff(s),<br>v.<br>BAYVIEW LOAN SERVICING, LLC, et al.,<br>　　　Defendant(s). | Case No.: 2:18-cv-00906-GMN-NJK<br>**Order**<br>(Docket Nos. 40, 45) |

Pending before the Court is Defendant Bayview's motion to seal the exhibit attached thereto. Docket No. 40. The motion itself was inadvertently filed under seal, prompting Defendant Bayview's motion to partially unseal. Docket No. 45. Compelling reasons exist to seal Docket No. 40-1, which includes settlement discussions. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). The motion to seal itself should not be sealed. Accordingly, the motion to seal and the motion to partially unseal are both **GRANTED**. The Clerk's Office is **INSTRUCTED** to keep Docket No. 40-1 sealed and is further **INSTRUCTED** to unseal Docket No. 40.

IT IS SO ORDERED.

Dated: April 18, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1